IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM, )
)
    Plaintiff, )
) CRIMINAL CASE NO. CF0019-25
)
vs. ) DECISION AND ORDER:
) ON DEFENDANT'S MOTION FOR
JOHN RYAN PALACIOS WHITE, ) RELEASE ON HIS OWN PERSONAL
) RECOGNIZANCE
)
    Defendant. )
)

This matter came before MAGISTRATE JUDGE SEAN E. BROWN on April 23, 2025 on a hearing to address Defendant's Modification for Release on his own Personal Recognizance. Attorney Christian Spotanksi represented Defendant. Assistant Attorney General Dante Harootunian represented the People of Guam. The Court ruled from the bench denied Defendant's motion. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following written Decision and Order documenting the ruling.

## BACKGROUND

Defendant filed the motion on February 25, 2025. The People of Guam then filed an Opposition on March 7, 2025.

## DISCUSSION

### I.    Courts Considerations

The Court looks to statutory guidance provided under 8 GCA §§ 40.15 and 40.20 when deciding the issue of release conditions. In consideration of the request, the Court learned that Defendant is being held in several other criminal cases. Defendant's other criminal cases were charged in 2016, 2017 and 2018 and have yet to be closed. The inability for Defendant to close out the older cases indicates to the Court that Defendant will not comply with Court orders. Even more concerning, Defendant had active warrants for the prior criminal cases when he allegedly committed this new violent offense.

As a result, the Court will not permit the release of Defendant without Third Party Custodian, Electronic Monitoring or at minimum, the posting of a cash bail. The Cour previously lowered the required cash bail to $500.00 which is appropriate for this case considering the charges and potential jail term.

## CONCLUSION

The Court, therefore, DENIES Defendant's Motion.

So ORDERED this 23rd day of April, 2025.

_____
HONORABLE SEAN E. BROWN
MAGISTRATE JUDGE, SUPERIOR COURT OF GUAM

**SERVICE VIA EMAIL**
I acknowledge that an electronic
copy of the original was e-mailed to:

AG, POSC

Date: 4/23/25  Time: 4:42 pm

Antonio of Cas

Deputy Clerk, Superior Court of Guam